UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23263-CIV-MARTINEZ-BECERRA

HOWARD COHAN,

    Plaintiff,

v.

BURGER KING CORPORATION
a Florida Profit Corporation
d/b/a BURGER KING 33,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (ECF No. 6). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED without prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 2 day of November, 2022.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record